**Motion Granted and Order filed March 23, 2021**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00122-CV**

———————

**TRADE EXPLORATION CORP., BRYAN C. WAGNER AND DUER WAGNER III, Appellants/Cross-Appellees**

**V.**

**EXXON MOBIL CORPORATION, Appellee/Cross-Appellant**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2009-60726**

## ORDER

This appeal is related to an appeal previously filed in this court: No. 14-19-00091-CV, *ExxonMobil Corp. v. Trade Exploration Corp*. Appellants/cross-appellees filed an unopposed motion asking that the record from the previous appeal be transferred into this appeal.

The motion is granted. The clerk of this court is directed to file a copy of the appellate record in appeal number 14-19-00091-CV into this appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Hassan.